

**FILED**

FEB 1 5 2017

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| IN THE MATTER OF THE SEARCH OF SILVER COLORED LG TRACFONE, MODEL LGL82VL, SERIAL NUMBER: 609CYPY0268768, CURRENTLY LOCATED AT GREAT FALLS POLICE DEPARTMENT | MJ-17-06-GF-JTJ<br><br>ORDER |
|---|---|

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that the Application and Affidavit for Search Warrant and Search Warrant filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 15 day of February, 2017.

HON. JOHN T. JOHNSTON
U.S. Magistrate Judge